**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MARY J. WARNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:10-cv-4462** |
| **CORNHUSKER MOTOR LINES, INC.** | **SECTION "L"**<br>**JUDGE ELDON FALLON** |
| | **MAG. (3)**<br>**MAGISTRATE KNOWLES** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Mary J. Warner, and Defendant, Cornhusker Motor Lines, Inc. who moves this Honorable Court to dismiss this matter, with prejudice, each party, each party to bear its own expenses.

Respectfully Submitted:
**M. L. BROUSSARD JR., APLC**

**BY: /S/ MARTIN L. BROUSSARD, JR.**
**MARTIN L. BROUSSARD, JR. (#03525)**
4420 Lennox Boulevard
Post Office Box 740699
New Orleans, LA 70174
Telephone: (504) 361-9300
Facsimile: (504) 394-7161
**ON BEHALF OF PLAINTIFF, MARY J. WARNER**

Respectfully Submitted:
**YOUNG, RICHAUD & MYERS, LLC**

**BY: _S/ ROBERT T. MYERS____**
**ROBERT T. MYERS, ESQ. (#9870)**
Two Lakeway Center, Suite 1830
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 799-3500
Facsimile: (504) 799-3515
**ON BEHALF OF DEFENDANT, CORNHUSKER MOTOR LINES, INC.**

## CERTIFICATE OF SERVICE

______I hereby certify that on July 7, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel in this matter.

**/S/ ROBERT T. MYERS____**
**ROBERT T. MYERS, ESQ.**