**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MARY J. WARNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:10-cv-4462** |
| **CORNHUSKER MOTOR LINES, INC.** | **SECTION "L"**<br>**JUDGE ELDON FALLON** |
| | **MAG. (3)**<br>**MAGISTRATE KNOWLES** |

# ORDER

Considering the above and foregoing Joint Motion to Dismiss with Prejudice;

It is Ordered that the above captioned matter be dismissed, with prejudice, each party to bear its own expenses.

New Orleans, Louisiana, this 13th day of July, 2011

Eldon E. Fallon

**U.S. DISTRICT JUDGE**